648

JOSEPH ROSENBLATT AND MARTIN MANDON, T/A R & M REAL
ESTATE CO. v. ZONING BOARD OF ADJUSTMENT OF THE
BOROUGH OF SOUTH RIVER, SOUTH RIVER, N.J.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. VINCENTE PEREZ.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. SUNG J. LEE.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. PAUL BETHEA.

September 11, 1987.

Petition for certification denied.